Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Ph. 503-200-2723; Fx. 360-828-8724
jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALICIA M. CHRISTY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 3:18-cv-01340-MK<br><br>ORDER FOR FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff brought this action seeking review of the Commissioner of the Social Security Administration's final decision to deny Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act. The Court remanded the case for further administrative proceedings. ECF Dkt. 22. On remand, Plaintiff received a Fully Favorable decision, awarding her Disability Insurance Benefits.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. The Court finds the requested fees are reasonable.

Plaintiff's motion [ECF Dkt. 29] is granted, and Plaintiff's counsel is awarded $31,440.50 in attorney fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff $11,294.10 in fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

ORDER FOR 406(b) FEES - 1
[3:18-cv-01340-MK]

Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive,
Suite 113 Vancouver, WA 98684
Ph. 503-200-2723; Fx. 360-828-8724
jamie@evans-evans.com

When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney, Jamie M. Evans, the balance of $20,146.40, less any applicable processing fee prescribed by law. The Section 406(b) check should be mailed to Jamie M. Evans at the attorney's preferred mailing address of 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.

IT IS SO ORDERED.

DATED this <u>15th</u> day of December 2021.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Proposed Order Submitted on November 30, 2021.

**/s/ Jamie M. Evans**
Jamie M. Evans, OSB 117064
Attorney for Plaintiff

ORDER FOR 406(b) FEES - 2
[3:18-cv-01340-MK]

Jamie M. Evans, OSB 117064
Attorney for Plaintiff
Evans & Evans, PC
222 NE Park Plaza Drive,
Suite 113 Vancouver, WA 98684
Ph. 503-200-2723; Fx. 360-828-8724
jamie@evans-evans.com